UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
    :
NEW YORK MARINE AND GENERAL INSURANCE  :
COMPANY,    :
    :
                            Plaintiff,    :            21-CV-6083 (JMF)
    :
           -v-    :                ORDER
    :
TRAVELERS PROPERTY CASUALTY COMPANY  :
OF AMERICA,    :
    :
                           Defendant.    :
    :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Having reviewed Defendant's response to the Court's order to show cause regarding the amount in controversy in this action, *see* ECF Nos. 5, 11, the Court concludes that it has subject-matter jurisdiction. The Court need not and does not intimate a view on Defendant's theory that the amount in controversy is the value of the relevant insurance policy, *see* ECF No. 11-1 at 2-3, because the Court is persuaded for the reasons set forth in the rest of Defendant's memorandum of law that the amount-in-controversy requirement is met, *see id.* at 4-6.

       SO ORDERED.

Dated: August 24, 2021                        _____
      New York, New York                       JESSE M. FURMAN
                                        United States District Judge