UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

NEW YORK MARINE & GENERAL
INSURANCE COMPANY,

                Plaintiff,                21 **CIVIL** 6083 (JMF)

    -against-                   **JUDGMENT**

THE TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 29, 2022, New York Marine's motion for summary judgment is DENIED, and Travelers' motion for summary judgment is GRANTED.; accordingly, the case is closed.

Dated:  New York, New York
        September 30, 2022

                                                    **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                              **BY:**

                                                  **Deputy Clerk**